EXHIBIT A

1  
2  RICHARD ALEXANDER, Cal. Bar #48432  
   JEFFREY W/ RICKARD, Cal. Bar #125180  
3  RYAN M. HAGAN, Cal Bar #200850  
   ALEXANDER, HAWES & AUDET, LLP  
4  152 North Third Street, Suite 600  
   San Jose, CA 95112  
5  Telephone: (408) 289-1776  
   Facsimile: (408) 287-1776  
6  **Attorneys for Plaintiff(s)**

7  RANDALL C. CREECH, Cal. Bar #65542  
   CREECH, LIEBOW & KRAUS  
8  333 West San Carlos Street  
   Suite 1600  
9  San Jose, CA 95110  
   Telephone: (408) 993-9911  
10 Facsimile: (408) 993-1335

11  
12 THOMAS M. CARNEY, admitted *pro hac vice*  
   CAROL A. RUTTER, admitted *pro hac vice*  
   HUSCH & EPPENBERGER, LLC  
13 190 Carondelet Plaza, Suite 600  
   St. Louis, MO 63105-3441  
14 Telephone: (314) 480-1500  
   Facsimile: (314) 480-1505  
15 **Attorneys for Defendant Olin Corporation**

16              UNITED STATES DISTRICT COURT  
17    NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

18 MEL PERREIR AND CHARLYN         )   Case No.: C 03-05226 RMW  
   PERREIR,                         )
19                                  )   **STIPULATION FOR DISMISSAL WITH**
           Plaintiffs,              )   **PREJUDICE OF DEFENDANT OLIN**
20                                  )   **CORPORATION BY PLAINTIFFS MEL**
                                    )   **PERREIR AND CHARLYN PERREIR**
21 v.                               )
                                    )
22 OLIN CORPORATION, et al.,        )
                                    )
23         Defendants.              )
                                    )
24 _____  )

25  
26        Pursuant to Fed.R.Civ.P. 41(a)(2), Plaintiffs Mel Perreir and Charlyn Perreir   and  
27 Defendant Olin Corporation hereby request that this Court, pursuant to Fed. R. Civ. P.  
28 41(a)(2), enter an Order dismissing with prejudice all claims asserted by Plaintiffs Mel

---

2058262.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs  
Mel Perreir and Charlyn Perreir   - 1**

Perreir and Charlyn Perreir as to defendant Olin Corporation. All parties to bear their own costs and legal fees incurred to date in this action.

Dated: 8/4/05

Respectfully submitted,

ALEXANDER, HAWES & AUDET, LLP

By: _____
RICHARD D ALEXANDER, Cal. Bar #48432
JEFFREY W/ RICKARD, Cal. Bar #125180
RYAN M. HAGAN, Cal Bar #200850
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: (408) 289-1776
Facsimile: (408) 287-1776

Attorneys for Plaintiffs Mel Perreir and Charlyn Perreir

HUSCH & EPPENBERGER, LLC

By:   /s/ Carol A. Rutter
THOMAS M. CARNEY, admitted *pro hac vice*
CAROL A. RUTTER, admitted *pro hac vice*
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105-3441
Telephone: (314) 480-1500
Facsimile: (314) 480-1505

RANDALL C. CREECH, Cal. Bar #65542
CREECH, LIEBOW & KRAUS
333 West San Carlos Street
Suite 1600
San Jose, CA 95110
Telephone: (408) 993-9911
Facsimile: (408) 993-1335

Attorneys for Defendant Olin Corporation

2058262.01

**Stipulation of Dismissal with Prejudice of Defendant Olin Corporation by Plaintiffs Mel Perreir and Charlyn Perreir   - 2**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| MEL PERREIR AND CHARLYN PERREIR, <br><br> Plaintiffs, <br><br> v. <br><br> OLIN CORPORATION, et al., <br><br> Defendants. | Case No.: C 03-05226 RMW <br><br> **ORDER DISMISSING WITH PREJUDICE DEFENDANT OLIN CORPORATION BY PLAINTIFFS MEL PERREIR AND CHARLYN PERREIR** |

THIS MATTER coming on the motion of Plaintiffs Mel Perreir and Charlyn Perreir and Defendant Olin Corporation, for an order of dismissal with prejudice against the defendant OLIN CORPORATION, pursuant to Fed. R. Civ. P. 41(a)(2):

IT IS HEREBY ORDERED

Plaintiffs Mel Perreir and Charlyn Perreir 's claims against Defendant Olin Corporation are dismissed with prejudice, pursuant to Fed. R. Civ. Pro. 41(a)(2). Each party shall bear their own costs and legal fees incurred to date in this action.

SO ORDERED:

AUG 1 1 2005    *Ronald M. Whyte*